UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

CODY BOONE, Personal Representative
for the Estate of James Kenneth Boone,
deceased,

                                                                     USDC Case No:  1:23cv15

    Plaintiff,

-vs-                                                     Ottawa Circuit Case No:  22-7089-NO
                                                          Honorable Karen J. Miedema

OTTAWA COUNTY CENTRAL DISPATCH
AUTHORITY, a Michigan governmental
agency, NICOLE JEAN WENTWORTH,
KATHERINE LEE COENEN, TRACY JO
OOMEN, PAULA SUE HOOKER,
RYAN A. CULVER, MEAGAN ANN ROSS,
and MARY C. ALLMAN, individually and
in their official capacity,

    Defendants.
_____

| | |
|---|---|
| David P. Shafer (P53497) | Michael S. Bogren (P34835) |
| Nolan & Shafer, PLC | Charles L. Bogren (P82824) |
| Attorney for Plaintiff | Plunkett Cooney |
| 40 Concord Ave. | Attorneys for Wentworth |
| Muskegon, MI 49442 | 333 Bridge St., NW Suite 530 |
| (231) 722-2444 | Grand Rapids, MI 49504 |
| dpshafer@wemakeitright.com | (616) 752-4600 |
| mbelmonte@wemakeitright.com | mbogren@plunkettcooney.com |
| | cbogren@plunkettcooney.com |

**NOTICE OF REMOVAL OF CAUSE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN**

TO:    United States District Court Judges of the Western District of Michigan

NOW COMES defendant, Nichole Jean Wentworth, by and through her attorneys Plunkett Cooney, and pursuant to 28 U.S.C. § 1441(a) and § 1446, file this Notice of Removal based on the following:

1. On or about November 29, 2022, plaintiff filed a complaint, adding Nichole Wentworth as a defendant and is now pending in the Ottawa County Circuit Court, State of Michigan, a certain civil action, assigned case number 22-7089-NO in which Estate of James Kenneth Boone, deceased, by Cody Boone, Personal Representative is the plaintiff; Ottawa County Central Dispatch Authority, Katherine Lee Coenen, Tracy Jo Oomen, Paula Sue Hooker, Ryan A. Culver, Keagan Ann Ross, and Mary C. Allman are named co-defendants, and Nichole Wentworth is a named defendant.

2. The action, as alleged in the Complaint, is a suit brought under the statutes and Constitution of the United States and the statutes and Constitution of the State of Michigan. Specifically, the plaintiff alleges a violation of U.S. Const. amend. XIV, § 2, infringement on the right to Substantive Due Process.

3. The action filed by plaintiff is one which the District Courts of the United States would have original jurisdiction under 28 U.S.C. § 1331 as a civil action arising under the Constitution of the United States.

4. This Notice of Removal is timely filed within thirty days after Nichole Wentworth was served with the Summons and Complaint, via certified mail.

5. Attached to this Notice of Removal is a copy of the Summons and Complaint stating the causes of action and claims for relief by the plaintiff against the defendants.

6. A written notice of this Notice of Removal has been given to all parties as required by law and a Proof of Service is attached.

7. A written notice of this Notice of Removal has been filed with the Clerk of the Ottawa County Circuit Court, State of Michigan as required by law.

8.      Undersigned counsel contacted law firm of Kerr Russell, the firm that will be representing defendants Ottawa County Central Dispatch Authority, Katherine Lee Coenen, Tracy Jo Oomen, Paula Sue Hooker, Ryan A. Culver, Keagan Ann Ross, and Mary C. Allman, to determine if removal would be opposed. Counsel for co-defendants stated they concurred in removal.

WHEREFORE, the defendants request they be allowed to affect removal of this matter from the Ottawa County Circuit Court, State of Michigan, to the United States District Court for the Western District of Michigan.

Respectfully submitted,

DATED: January 5, 2023         PLUNKETT COONEY

BY: */s/ Charles L. Bogren*
Michael S. Bogren (P34835)
Charles L. Bogren (P82824)
Attorneys for Defendant Wentworth

Open.00560.95297.30098901-1

3